**Fill in this information to identify the case:**

Debtor 1: Daniel E Burke
Debtor 2 (Spouse, if filing): Catherine E Burke
United States Bankruptcy Court for the: Northern District of IL (State)
Case number: 15-01897

---

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: Old National Bank

Court claim no. (if known): 006

Last 4 digits of any number you use to identify the debtor's account: 0 9 4 8

Property address: 111 CENTER ST
UNIT 244
LAKE GENEVA   WI   53147

## Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/20 (MM/DD/YYYY)

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 3019.84
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 0.00
c. **Total.** Add lines a and b.  (c) $ 3019.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/01/15 (MM/DD/YYYY)

Form 4100R          Response to Notice of Final Cure Payment          page 1

Debtor 1 | Daniel E and Catherine E Burke
First Name  Middle Name  Last Name

Case number (if known) 15-01897

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

× /s/ Andrea Powell-Collins
Signature

Date 05/11/20

Print: Andrea Powell-Collins
First Name  Middle Name  Last Name

Title: Bankruptcy Specialist

Company: Old National Bank

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 3475
Number  Street

Evansville,  IN  47733
City  State  ZIP Code

Contact phone (812) 465-8867

Email: bankruptcy@oldnational.com

**United States Bankruptcy Court**
**Northern District of Illinois**
**Chapter 13 case 15-01897**
**Daniel E and Catherine E Burke**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Response to Notice of Final Cure Payment** was served on the parties listed below by ordinary U.S. mail or served electronically through the Court's ECF System or the email address registered with the Court on May 11, 2020:

*/s/ Andrea Powell-Collins*
Andrea Powell-Collins
Bankruptcy Specialist II
Old National Bank
PO Box 3475
Evansville, IN 47733
812-465-8867

**U.S. Trustee**
USTPRegion11.MD.ECF@usdoj.gov

**Trustee**
**Tom Vaughn**
ecf@tvch13.net

**Attorney**
**David H Cutler**
cutlerfilings@gmail.com

**Daniel and Catherine Burke**
6057 N Newburg Ave
Chicago, IL 60631